UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DEBORAH NAILER | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:22-cv-00024-TWP-MG |
| | ) | |
| vs. | ) | |
| | ) | |
| RECEIVABLES MANAGEMENT PARTNERS, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Come now the parties, by counsel, and file their Stipulation for Dismissal With Prejudice, and the Court, having examined said stipulation and being duly and sufficiently advised in the premises, now finds that all matters at issue between the parties have been resolved and settled and that this cause of action should be dismissed with prejudice.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this cause of action is hereby dismissed with prejudice, costs paid.

Date: 4/11/2022

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution will be made electronically on
all ECF-registered counsel of record via
email generated by the Court's ECF system